JOSEPH B. DALEY, PLAINTIFF IN ERROR, v. THE PEOPLE OF THE STATE OF NEW YORK, DEFENDANTS IN ERROR.

*Evidence of wife against husband — when objection must be taken.*

CERTIORARI to review the conviction of the plaintiff in error by a police justice of the city of Brooklyn for an abandonment, and for a threatened abandonment of his wife, in pursuance of chapter 395, Laws of 1871.

It was alleged, as a ground of error, that the wife of the accused had been allowed to testify against him. The General Term held

that as she was sworn as a witness without objection, it was too late, after conviction, to raise the point.

*Dailey & Perry*, for the plaintiff in error.

*Wm. J. Dainty*, for the people.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

TAPPEN, J., dissented.

Proceedings and conviction affirmed, with costs.